LOUIS A. KISSLING and Others, etc., Respondents, Appellants, v. DAVID SKOLKIN and Others, Defendants; MILTON H. HALL, Respondent; THE WILLSON & ADAMS COMPANY and THE MOUNT VERNON TRUST COMPANY, Appellants, Respondents. (Appeals Nos. 1, 2 and 3.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. The foregoing decision is without prejudice to the right of appellant The Willson & Adams Company to move at Special Term to open its default and serve an amended answer setting forth its special defenses, if so advised. Present — Lazansky, P. J., Hagarty, Johnston and Adel, JJ.; Taylor, J., not voting.

MICHEL COSMETICS, INC., Respondent, v. ARISTIDES G. TSIRKAS and Others, Appellants.— Motion for reargument denied, without· costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOUSE OF REEVE, INC., Relator, Respondent, v. HENRY M. GOLDFOGLE and Others, Commissioners of Taxes and Assessments of the City of New York, etc., Appellants; THE BREVOORT SAVINGS BANK OF BROOKLYN, Intervener, Respondent. (Taxes for Year 1928.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOUSE OF REEVE, INC., Relator, Respondent, v. THOMAS KENNEY and Others, Commissioners of Taxes and Assessments of the City of New York, etc., Appellants; THE BREVOORT SAVINGS BANK OF BROOKLYN, Intervener, Respondent. (Taxes for Years 1929 and 1930.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOUSE OF REEVE, INC., Relator, Respondent, v. JAMES J. SEXTON and Others, Commissioners of Taxes and Assessments of the City of New York, etc., Appellants; THE BREVOORT SAVINGS BANK OF BROOKLYN, Intervener, Respondent. (Taxes for Years 1931, 1932 and 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOUSE OF REEVE, INC., Relator, Respondent, v. WILLIAM STANLEY MILLER and Others, Commissioners of Taxes and Assessments of the City of New York, etc., Appellants; THE BREVOORT SAVINGS BANK OF BROOKLYN, Intervener, Respondent. (Taxes for Years 1934 and 1935.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

MORRIS SCHWEBEL, Respondent, v. 1719 67TH STREET CORPORATION, Appellant, and Others, Defendants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

GERTRUDE THIEL and Another, Respondents, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

UNITED LIEN CORPORATION, Respondent, v. BERTHA SOMMER and Another, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.